389 A.2d 691

Brewer et al., Appellants, v. Filler et al.

Argued March 13, 1978.

Kenneth C. Myers, with him Richard M. Serbin, for appellants; Bernadette Barattini, with her Richard H. Wix, for appellees.

Order affirmed.

389 A.2d 691

Commonwealth v. Brown, Appellant.

Argued March 14, 1978. Edgar R. Casper, with him William M. Gross, for appellant; J. Penny, with him LeRoy S. Zimmerman, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.